AUSA: Andrew Stahl

| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | **26 MAG 624** |
| UNITED STATES OF AMERICA<br><br>            v.<br><br>JARIF UDDIN,<br><br>                        Defendant. | **SEALED COMPLAINT**<br><br>Violations of 18 U.S.C. §§<br>2252A(a)(2)(B) and (b)(1),<br>2252A(a)(5)(B) and (b) (2),<br>and 2<br><br>COUNTY OF OFFENSE:<br>BRONX |

SOUTHERN DISTRICT OF NEW YORK, ss.:

ANDREW BAEZ, being duly sworn, deposes and says that he is a Special Agent with the U.S. Department of Homeland Security ("DHS"), Homeland Security Investigations ("HSI"), and charges as follows:

## COUNT ONE
### (Possession of Child Pornography)

1. In or about January 2026, in the Southern District of New York and elsewhere, JARIF UDDIN, the defendant, knowingly possessed and accessed with intent to view a book, magazine, periodical, film, videotape, computer disk, and other material that contained an image of child pornography that had been mailed, shipped and transported using a means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, and that was produced using materials that had been mailed, shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, to wit, UDDIN possessed sexually explicit images and videos of minors, including images of prepubescent minors and minors who had not attained 12 years of age, on UDDIN's electronic devices and while UDDIN was in his residence in the Bronx, New York.

(Title 18, United States Code, Sections 2252A(a)(5)(B) and (b)(2).)

## COUNT TWO
### (Attempted Receipt of Child Pornography)

2. From at least in or about February 2024 through in or about December 2025, JARIF UDDIN, the defendant, knowingly attempted to receive material that contained child pornography using a means and facility of interstate and foreign commerce and that had been mailed and had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, to wit, UDDIN paid for and attempted to receive a file or files containing sexually explicit images of minors through a mobile payment application and a social media and

instant messaging application on UDDIN's electronic devices and while UDDIN was in the Bronx, New York.

(Title 18, United States Code, Sections 2252A(a)(2)(B), (b)(1), and 2.)

The bases for my knowledge and for the foregoing charges are, in part, as follows:

3. I am a Special Agent with HSI and have been one since approximately September 2024. I am currently assigned to the Child Exploitation Investigations Unit. While employed by HSI, I have investigated numerous cases involving child exploitation and the production, receipt, distribution, and possession of child pornography.

4. I have been personally involved in the investigation of this matter. I am familiar with the information contained in this Complaint based on my participation in the investigation, my review of documents, communications, and digital files, my conversations with other law enforcement officers, and my training and experience. Because this Complaint is being submitted for the limited purpose of establishing probable cause to arrest the defendant, I have not included the details of every aspect of the investigation. Where actions, conversations, and statements of others are related herein, they are related in substance and in part, except where otherwise indicated.

5. The following terms have the indicated meaning in this Complaint:

   a. The term "minor," as used herein, is defined as set forth in Title 18, United States Code, Section 2256(1).

   b. The term "child pornography" or child sexual abuse material ("CSAM") as used herein, is a visual depiction of a minor involved in sexually explicit conduct as defined in Title 18, United States Code, Section 2256(8).

*Overview*

6. Based on my involvement in this investigation, including conversations with other law enforcement officers, review of documents and communications, and publicly available information, I have learned the following:

   a. As described further below, law enforcement obtained a warrant to search the person of JARIF UDDIN, the defendant, and UDDIN's residence, located in the Bronx, New York, and to seize and search electronic devices in the possession, custody, or control of UDDIN. On or about January 6, 2026, law enforcement executed the search warrant and seized five electronic devices belonging to UDDIN, including an Apple iPhone 15 Pro Max mobile phone ("Phone-1") and a Samsung Galaxy Note 9 mobile phone in a brown case ("Phone-2").

   b. To date, based on its forensic review of Phone-1 and Phone-2, law enforcement has identified communications on Phone-1 showing that UDDIN attempted to purchase and receive child pornography, and approximately hundreds of videos and images constituting child pornography stored on Phone-2.

*The Search of UDDIN's Residence and Seizure of His Electronic Devices*

7.  On or about January 5, 2026, the Honorable Ona T. Wang, United States Magistrate Judge for the Southern District of New York, issued a warrant authorizing law enforcement officers to search the person of JARIF UDDIN, the defendant, to search an address in the Bronx, New York that is the current address of UDDIN (the "Uddin Residence"), and to seize and search any electronic devices in UDDIN's possession, custody, or control (the "January 5 Warrant").

   a. Law enforcement established probable cause for the January 5 Warrant, in part, based on a series payments transmitted on a popular mobile payment application (the "Mobile Payment Application") from an account associated with UDDIN ("Mobile Payment Application Account-1") to two accounts identified by law enforcement as having received dozens of payments from purchasers of CSAM ("Mobile Payment Application Account-2" and "Mobile Payment Application Account-3").

   b. During the period between approximately December 2022 and approximately April 2023, Mobile Payment Application Account-2 was the recipient of at least 60 completed or attempted transactions in which a user sent or attempted to send funds to Mobile Payment Application Account-2 accompanied by a subject line description[1] indicating that the funds were for the purchase of CSAM. During the period between approximately May 2023 and approximately June 2023, Mobile Payment Application Account-3 was the recipient of at least 15 completed or attempted transactions in which a user sent or attempted to send funds to Mobile Payment Application Account-3 accompanied by a subject line description indicating that the funds were for the purchase of CSAM.

   c. Mobile Payment Application Account-1, the account that, for the reasons stated below, is associated with UDDIN, engaged in the following transactions with Mobile Payment Application Account-2 and Mobile Payment Application Account-3, the accounts known to have received payments from purchasers of CSAM:

   i. a February 25, 2023 transaction in which Mobile Payment Application Account-1 sent $10 to Mobile Payment Application Account-2;

   ii. a May 24, 2023 transaction in which Mobile Payment Application Account-1 sent $38 to Mobile Payment Application Account-3;

   iii. a May 29, 2023 transaction in which Mobile Payment Application Account-1 sent $37 to Mobile Payment Application Account-3.

   d. The subscriber of the phone number associated with Mobile Payment Application Account-1 ("Phone Number-1") is an individual named "Jarif Uddin." The subscriber address for "Jarif Uddin" associated with Phone Number-1 is the Uddin Residence.

---

[1] Based on my conversations with other law enforcement officers, my participation in this investigation, and my review of publicly available records, I have learned that the Mobile Payment Application allows users engaging in peer-to-peer transactions to include an optional brief description of the purpose of their transaction in a fillable text field titled "Subject."

    e.  Other subscriber information for Mobile Payment Application Account-1, including date of birth and social security number, is consistent with information in DHS records for UDDIN.

    f.  Accordingly, and based on the information set forth above, I believe that UDDIN is the user of Mobile Payment Application Account-1.

  8.  On or about January 6, 2026, I, along with other law enforcement officers, conducted a search of the Uddin Residence pursuant to the January 5 Warrant. JARIF UDDIN, the defendant, was present in the Uddin Residence during the execution of the January 5 Warrant. Based on my participation in this investigation, I know that, during the execution of the January 5 Warrant, UDDIN was advised that he was neither in custody nor under arrest.

  9.  During the search of the Uddin Residence, law enforcement seized five electronic devices from JARIF UDDIN, the defendant, including Phone-1, which UDDIN voluntarily identified as his current primary mobile phone, and Phone-2, which was discovered in the drawer of a nightstand adjacent to UDDIN's bed. UDDIN voluntarily identified Phone-2 as a device that belonged to him. UDDIN voluntarily provided the passcode for Phone-1 to law enforcement.

*Forensic Analysis of Phone-1*

  10.  Pursuant to the January 5 Warrant, I, along with other law enforcement personnel, have reviewed files, communications, and data found on Phone-1. During the course of this review, law enforcement discovered text messages, sent via a popular encrypted social media and messaging application (the "Messaging Application"), between the user of Phone-1 and another Messaging Application user account ("Messaging Application Account-2" or "MAA-2"). The messages between the user of Phone-1, who, for the reasons set forth above, I believe to be JARIF UDDIN, the defendant, and Messaging Application Account-2 include the following:

| Sender | Date & Time[2] | Message Content[3] | Reply Status[4] |
|---|---|---|---|
| MAA-2 | 2/10/24, 12:21 PM | What's your favorite category?? | |
| Phone-1 | 2/17/24, 2:13 PM | Little boys with their mother those incest | Replying to "What's your favorite category??" |
| Phone-1 | 2/17/24, 2:15 PM | How do u accept payment and how are u going to send the videos | |
| MAA-2 | 2/17/24, 2:16 PM | All available and good | Replying to "Little boys with their mother those incest" |

---

[2] All times appear in Coordinated Universal Time ("UTC").

[3] All quotations appear as they do in the original communications, including with any typographical errors.

[4] Based on my training and experience and my participation in this investigation, I know that certain messaging applications, including the Messaging Application, allow users to send a text message as a "reply" to a specified prior message.

4

| | | | |
|---|---|---|---|
| Phone-1 | 2/17/24, 2:17 PM | I got a lot of these videos too | |
| Phone-1 | 2/17/24, 2:18 PM | That's why I'm asking u if ur videos are different | |
| Phone-1 | 2/17/24, 2:18 PM | That's why i wanted to see a lil preview before I buy thats what I usually do but ig u aint gonna | |
| MAA-2 | 2/17/24, 2:20 PM | I understood your feeling bro but due to a lot of fake dudes around now we only share samples to our old customers so as to update them | Replying to "That's why i wanted to see a lil preview before I buy thats what I usually do but ig u aint gonna" |
| MAA-2 | 2/17/24, 2:21 PM | But you don't have to worry about getting repeated stuffs all stuffs we got here are new | |
| MAA-2 | 2/17/24, 2:22 PM | So how much you got for the start, and when you receive your package and be convince you can come back for more bro | |
| MAA-2 | 2/17/24, 2:23 PM | We take payment through PayPal, Bitcoin, gift card and remidly | |
| MAA-2 | 2/17/24, 2:23 PM | And we deliver as mega links | |
| Phone-1 | 2/17/24, 2:25 PM | Ok | |
| Phone-1 | 2/17/24, 2:25 PM | 50$ for how many gb | |
| Phone-1 | 2/17/24, 2:25 PM | 63 gb videos | |
| MAA-2 | 2/17/24, 2:26 PM | 63gb | Replying to "50$ for how many gb" |
| Phone-1 | 2/17/24, 2:28 PM | Ok i trust u bro send me good son and mom videos not other stuff cuz i don like cp | |

  a. In subsequent messages, also sent on or about February 17, 2024, between approximately 2:28 PM UTC and approximately 3:18 PM UTC, UDDIN and the user of Messaging Application Account-2 discuss the method by which UDDIN will provide payment for the requested package of CSAM. UDDIN and the user of Messaging Application Account-2 eventually agree that UDDIN will send payment via the Mobile Payment Application. UDDIN then informs the user of Messaging Application Account-2 that he sent $1 on the Mobile Payment Application, apparently as a test. After the user of Messaging Application Account-2 confirms receipt of the $1 payment, UDDIN confirms that he sent the user of Messaging Application Account-2 a second payment of $50. In subsequent messages, UDDIN confirms that his Mobile Payment Application account is "$JarifUddin" and that he sent the funds to a specified account on the Mobile Payment Application ("Mobile Payment Application Account-4").

  b. In the course of the communications about payment, UDDIN also reiterates his prior request for CSAM specifically depicting incest between minor boys and their mothers. At approximately 2:31 PM UTC, UDDIN sends Messaging Application Account-2 the following messages, in immediate succession: (i) "Plz dont mess up the category bro cuz i dont wanna see other stuff"; (ii) "I like pedomom incest son and mom". At approximately 2:33 PM UTC, the user

5

of Messaging Application Account-2 uses the reply function to respond to the first message, writing: "Got you bro".

    c. Subsequent messages between UDDIN and Messaging Application Acccount-2, exchanged between on or about February 17, 2024 and on or about December 14, 2025, appear to reflect that the user of Messaging Application Account-2 either did not send the requested videos to UDDIN or sent only a small package of videos, because the user of Messaging Application Account-2 was seeking an additional payment from UDDIN. UDDIN continued to demand that the user of Messaging Application Account-2 send CSAM videos in exchange for the $50 payment that UDDIN made on or about February 17, 2024 or, in the alternative, refund the $50 payment. These communications between UDDIN and the user of Messaging Application Account-2 include the following:

      i. On or about February 17, 2024, between approximately 5:07 and 5:08 PM UTC, UDDIN wrote to Messaging Application Account-2: "I'm fine bro just refund the money thank you". UDDIN immediately followed up: "Cant do business like that bro Don't know how u run it". UDDIN sent these messages after repeatedly demanding that the user of Messaging Application Account-2 send him the package of CSAM that he paid for.

      ii. On or about February 18, 2024, between approximately 10:05 and 10:07 AM UTC, UDDIN sent additional messages to Messaging Application Account-2, once again demanding that the user of Messaging Application Account-2 send UDDIN the CSAM package UDDIN had purchased. UDDIN sent the following messages in rapid succession: "Yoo"; "Ik you not gonna send me 50$ can you atleast send me a lil package"; "Please bro".

      iii. On or about February 18, 2024, between approximately 12:30 and 12:31 PM UTC, after the user of Messaging Application Account-2 had once again demanded that UDDIN send an additional $50 payment, UDDIN sent the following messages in rapid succession: "Okay i understand"; "But send me something now for the 50$ i gave you bro come on"; "It will be a complete waste then".

      iv. On or about May 2, 2024, UDDIN wrote to Messaging Application Account-2: "I already gave u the money". The user of Messaging Application Account-2 replied to that message, writing: "Yeah you're right but the package am to give you is much more than that money". UDDIN responded: "Okay then give me a smaller package then".

  11. I have reviewed transaction records provided to law enforcement by the Mobile Payment Application for Mobile Payment Application Account-1, the account associated with JARIF UDDIN, the defendant. The transaction records show the following two money transfers from Mobile Payment Application Account-1 to Mobile Payment Application Account-4, on or about February 17, 2024, which are consistent with the Messaging Application communications described in Paragraph 10(a), above: (i) a transfer of $1, at approximately 2:55 PM UTC; and (ii) a transfer of $50, at approximately 3:06 PM UTC (collectively, the "February 17 Transfers").

12.     I have reviewed certain historic geolocation data stored on Phone-1. In the course of my review, I have learned the following:

    a.     Stored location history metadata on Phone-1 indicates that, at approximately 12:59 AM UTC on February 18, 2024—approximately ten hours after the February 17 Transfers, approximately eight hours after UDDIN sent the messages described in Paragraph 10.c.i, above, and approximately nine hours before UDDIN sent the messages described in Paragraph 10.c.ii, above—Phone-1 was located in the Bronx, New York, at or around the Uddin Residence.

    b.     Metadata associated with a photograph created and saved on Phone-1 indicates that the photograph was created at or around the intersection of East 208th Street and Dekalb Avenue in the Bronx, New York, at or around 11:24 PM UTC on February 18, 2024—approximately eleven hours after UDDIN sent the messages described in Paragraph 10.c.iii, above.

    c.     Accordingly, based on this information, as well as the fact that UDDIN resided at the Uddin Residence in the Bronx, New York, I believe that UDDIN was located in the Bronx, New York during all or part of his communications with the user of Messaging Application Account-2.

*Forensic Analysis of Phone-2*

13.     Pursuant to the January 5 Warrant, I, along with other law enforcement personnel, have reviewed files and data found on Phone-2. Based on that review, to date, I have determined that Phone-2 contains at least approximately 360 unique images and videos of child pornography, including at least approximately 40 unique images and videos depicting infants or toddlers engaged in or being subjected to illegal sexual acts. The videos I have identified include the following:

    a.     An approximately five-minute-long video that depicts a brown dog licking the exposed vagina of a prepubescent female, who appears to be approximately ten to twelve years old. The minor female then proceeds to touch the dog's penis. At approximately three minutes into the video, the minor female lays on her back and proceeds to rub and insert fingers into her vagina until the end of the video.

    b.     An approximately eight-minute-long video that depicts a prepubescent minor male, who appears to be approximately six to ten years old, a prepubescent minor female, who appears to be approximately two years old, and an adult female. At the beginning of the video, the adult female, who is completely nude, performs oral sex on the minor male, whose pants are pulled down below his waist, exposing his penis. The minor female is visible in the frame, observing the actions of the adult female and the minor male. At approximately one minute and thirty-two seconds into the video, the adult female repositions the minor female on a bed and places a pacifier into her mouth. At approximately two minutes and thirty-eight seconds into the video, the adult female removes the minor male's shirt. The adult female then continues to perform oral sex on the minor male until the end of the video.

    c.     An approximately 14-minute-long video that depicts an adult female and a prepubescent minor male, who appears to be approximately eight to twelve years old. The video begins with the adult female and the minor male laying on a bed while kissing one another and

gradually removing most of their clothes.  At approximately six minutes into the video, the minor male removes his underwear, exposing his penis.  The adult female proceeds to rub the minor male's penis and then perform oral sex on the minor male.  At approximately 13 minutes into the video, the adult female appears to apply lubricant to the minor male's penis and then inserts it into her vagina.  The adult female continues to engage in sexual acts with the minor male until the video concludes.

       d.     An approximately two-and-a-half-minute-long video that depicts a prepubescent nude minor female, who appears to be approximately six to eight years old.  At approximately 15 seconds into the video, an adult male penis comes into view.  The adult male proceeds to masturbate in front of the minor female's face and then inserts his penis into the minor female's mouth.  At approximately two minutes into the video, the adult male ejaculates into the minor female's mouth.  The minor female then opens her mouth, displaying the semen in front of the camera before spitting it out.

       e.     An approximately 35-second-long video that depicts a prepubescent minor male, who appears to be approximately eight to ten years old, and a minor female, who appears to be approximately 16 years old.  The minor female pulls down the minor male's pants, inserts his penis into her vagina, and proceeds to engage in further sexual acts.

WHEREFORE, I respectfully request that a warrant be issued for the arrest of JARIF UDDIN, the defendant, and that he be arrested, and imprisoned or bailed, as the case may be.

Andrew Baez (by VF with permission)
_____
ANDREW BAEZ
Special Agent
Homeland Security Investigations

Sworn to me through the transmission of
this Complaint by reliable electronic
means (telephone), this __2_ day of March, 2026.

_____
THE HONORABLE VALERIE FIGUEREDO
United States Magistrate Judge
Southern District of New York